**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00163-CV**
_____

**DEBUT SOLUTIONS, LLC, Appellant**

**V.**

**NEW CENTURY FINANCIAL, INC., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-04-05465-CV**

**ORDER**

Debut Solutions, LLC, appellant, filed an unopposed motion to abate the appeal until December 31, 2020. According to appellant, in an interlocutory order signed in Trial Cause Number 20-06-07085, the trial court granted a bill of review and set aside the judgment of January 16, 2020 in Trial Cause Number 19-04-05465-CV. Appellant requests an abatement of the appeal to provide the trial court with an opportunity to consider a pending motion to reconsider filed by New Century Financial, Inc. in Trial Cause Number 20-06-07085. It appears this appeal may

1

become moot, based upon the outcome of the bill of review proceeding. It also appears that appellant filed the notice of appeal too late to perfect an appeal of the January 16, 2020 judgment signed in Trial Cause Number 19-04-05465-CV.

The Motion to abate is granted. All appellate timetables are suspended while the appeal is abated. The appeal will be reinstated without further order of this Court on December 31, 2020. The appellant shall file a written response to the Court's inquiries regarding jurisdiction and mootness on or before January 21, 2021. The appellee's response is due ten days after the appellant files its response. Thereafter, the appeal will be dismissed without further notice unless we receive a response that shows this Court may properly exercise its jurisdiction in this appeal. *See* Tex. R. App. P. 42.3.

ORDER ENTERED November 5, 2020.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.